[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Dec. 18, 2009
THOMAS K. KAHN
CLERK

No. 09-11529
Non-Argument Calendar

_____

D. C. Docket No. 07-00412-CR-09-CAP-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GUILLERMO CAMPUZANO-VELASCO,
a.k.a. Memo,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(December 18, 2009)

Before DUBINA, Chief Judge, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

Lynn Fant, appointed counsel for Guillermo Campuzano-Velasco in this

direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Campuzano-Velasco's conviction and sentence are **AFFIRMED.**